UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11CR00103-MCE |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ) | |
| KESHON MURRY, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KESHON MURRY__, Case No. __2:11CR00103-MCE__, Charge __18USC § 922(g)(1), & 922(g)(9)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   __Released to Pretrial to be transported to the Effort Treatment Facility.__

Issued at __Sacramento, CA__ on __March 25, 2011__ at __9:00 am__.

By __GREGORY G. HOLLOWS__
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal