FILED
March 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KESHON MURRY, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00103-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KESHON MURRY__, Case No. __2:11CR00103-MCE__, Charge __18USC § 922(g)(1), & 922(g)(9)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)   __Released to Pretrial to be transported to the Effort Treatment Facility.__

Issued at __Sacramento, CA__ on __March 25, 2011__ at __9:00 am__.

By __GREGORY G. HOLLOWS__
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal