DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KESHON MURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-00103-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| KESHON MURRY, ) | |
| ) | Date:  March 31, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that the status conference now set for March 31, 2011 be vacated and the matter continued to April 28, 2011, to allow further time for defense investigation and preparation.

///

///

///

**IT IS FURTHER STIPULATED** that the time from March 31, 2011, through April 28, 2011, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**


Dated:  March 30, 2011             /S/ Jill Thomas
                                   JILL THOMAS
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Dated:  March 30, 2011             /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   KESHON MURRY

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-