```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    KESHON MURRY
 7

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,   )  No. 2:11-CR-00103 MCE
                                )
14              Plaintiff,      )
                                )  STIPULATION AND ORDER CONTINUING
15      v.                      )  CASE
                                )
16  KESHON MURRY,               )
                                )  Date:  May 5, 2011
17              Defendant.      )  Time:  9:00 a.m.
                                )  Judge: Morrison C. England, Jr.
18  _____)

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that the status conference now set for May 5, 2011 be vacated and the matter continued to July 7, 2011, to allow further time for defense investigation and preparation.

///

///

///

**IT IS FURTHER STIPULATED** that the time from May 5, 2011, through July 7, 2011, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Dated: May 3, 2011                           /S/ Jill Thomas
                                             JILL THOMAS
                                             Assistant United States Attorney
                                             Counsel for Plaintiff


Dated: May 3, 2011                           /S/ Jeffrey L. Staniels
                                             Jeffrey L. Staniels
                                             Assistant Federal Defender
                                             Counsel for Defendant
                                             KESHON MURRY

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-