1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   KESHON MURRY
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,      ) No. 2:11-CR-103 MCE
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
15      v.                        ) CASE
                                  )
16 KESHON MURRY,                  )
                                  ) Date:  July 7, 2011
17              Defendant.        ) Time:  9:00 a.m.
                                  ) Judge: Morrison C. England, Jr.
18 _____)

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that

23 the status conference now set for July 7, 2011 be vacated and the

24 matter continued to July 14, 2011, to allow further time for defense

25 investigation and preparation, and due to the unavailability of defense

26 counsel on July 7, 2011, due to mandatory in-house training

27 requirements.

28     **IT IS FURTHER STIPULATED** that the time from July 7, 2011, through

1  July 14, 2011, be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act, 18
3  U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &
4  (B)(iv) and  Local Code T-4
5       **IT IS SO STIPULATED**.
6
7  Dated:  July 5, 2011              /S/ Jill Thomas
                                     JILL THOMAS
8                                    Assistant United States Attorney
                                     Counsel for Plaintiff
9
10
11 Dated:  July 5, 2011              /S/ Jeffrey L. Staniels
                                     Jeffrey L. Staniels
12                                   Assistant Federal Defender
                                     Counsel for Defendant
13                                   KESHON MURRY
14
                            **O R D E R**
15
16      **IT IS SO ORDERED**.  The Court finds that the ends of justice to
17 served by granting a continuance under the circumstances outweigh the
18 best interests of the public and the defendant in a speedy trial.
19  Dated: July 11, 2011
20
21                                 _____
22                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

Stipulation and Proposed Order    -2-