```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    KESHON MURRY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00103-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE |
| KESHON MURRY, | ) |
| | ) Date: July 14, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that the status conference now set for July 14, 2011 be vacated and the matter continued to September 6, 2011, to allow further time for defense investigation and preparation, and for review of supplemental discovery which has been requested and is being gathered.

///

///

1 **IT IS FURTHER STIPULATED** that the time from July 14, 2011, through
2 September 6, 2011, be excluded from computation of time within which
3 the trial of this matter must be commenced under the Speedy Trial Act,
4 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &
5 (B)(iv) and  Local Code T-4
6 **IT IS SO STIPULATED.**
7
8 Dated:  July 12, 2011              /S/ Jill Thomas
                                     JILL THOMAS
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff
10
11
12 Dated:  July 12, 2011              /S/ Jeffrey L. Staniels
                                     Jeffrey L. Staniels
13                                    Assistant Federal Defender
                                     Counsel for Defendant
14                                    KESHON MURRY
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                -2-

**O R D E R**

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, July 14, 2011 at 9:00 a.m. be continued to Tuesday, September 6, 2011 at 9:00 a.m. and that the period from July 14, 2011 to September 6, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and local rule T4.  The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order              -3-