DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KESHON MURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-103 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| KESHON MURRY, ) | |
| ) | Date:  January 5, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that the status conference now set for January 5, 2012 be vacated and the matter continued to February 23, 2012, to allow additional time for the preparation and review of a presentence report.

The court is advised that delay in meeting the schedule set by the court, CR 31, has been due to a spate of retirements in the Probation Office and, more recently, to schedule conflicts in arranging for an

interview of the defendant (which now has occurred).  In light of the heavy current caseload of the Probation Officer, he has promised the draft report "as soon as he can."  Counsel for Mr. Murry believes that report may not produce significant objections and therefore proposes to respond to the probation officer informally one week after receipt of the report, and to file any objections together with a stipulated adjustment of the sentencing date, if necessary, one week after receipt of the final report.

**IT IS FURTHER STIPULATED** that the time under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is not implicated by this post entry of guilty plea continuance.

**IT IS SO STIPULATED.**

Dated:  December 29, 2011          /S/ Jill Thomas
                                   JILL THOMAS
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Dated:  December 29, 2011          /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   KESHON MURRY

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-