DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KESHON MURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-103-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER MODIFYING TERMS OF PLEA AGREEMENT (CR 33) |
| KESHON MURRY, | ) | |
| Defendant. | ) | Date:   February 23, 2012 |
| | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Morrison C. England |

**WHEREAS** the parties previously negotiated a plea agreement
pursuant to F.R.Crim.P. 11(c)(1)(C) which has been tentatively accepted
by the court subject to its review of the Presentence Report, and which
agreement contained as an essential term that the parties stipulated
that the appropriate sentence was a sentence within the range of 42-52
months, and

///
///
///
///
///

1    **WHEREAS**, contrary to the parties' belief at the time of entering
2    the plea agreement, the offense which the parties construed to be a
3    "controlled substance offense" within the meaning of U.S.S.G. §4B1.2(b)
4    and incorporated into U.S.S.G. § 2K2.1(a)(4)(B) does not qualify under
5    that definition because the conviction was for simple possession of a
6    controlled substance and not for a trafficking offense, and

7    **WHEREAS** the parties accede to the finding of the Probation Officer
8    that the offense does not increase the offense level and that the
9    proper offense level is 14 rather than 20 as mistakenly contemplated by
10   the parties, and

11   **WHEREAS** the parties accede to the probation officer's finding that
12   the proper criminal history level is level V, rather than level IV as
13   contemplated by the parties, and

14   **WHEREAS** the parties further accept that the appropriate guideline
15   range in light of the just mentioned findings is 27-33 months, and

16   **WHEREAS** counsel have conferred about the unanticipated discrepancy
17   between the sentencing range of 27-33 months found to apply by the
18   Probation Officer and the sentencing range of 42-52 months contemplated
19   by the plea agreement.  CR 33 at 2 (¶ 1.B) & 8 (¶ VI.C), and

20   **WHEREAS** as a result of conferring and pursuant to paragraph VIII
21   of the plea agreement the parties have agreed to conform the plea
22   agreement to the findings of the Probation Officer,

23   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the contents of
24   paragraph VI.C of the plea agreement be stricken and replaced with the
25   following language, to wit:

26   "**C. Specific Sentence Agreement**: The parties agree pursuant to
27   Rule 11(c)(1)(C) that an appropriate sentence is 33 months"
28   **IT IS SO STIPULATED.**

Modification of Plea Agreement    -2-

Dated:   February 17, 2012          /S/ Jill Thomas
                                    JILL THOMAS
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated:   February 17, 2012          DANIEL J. BRODERICK
                                    Federal Defender


                                     /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    KESHON MURRY

Dated: February 17, 2012            /S/ Keshon Murry*
                                    KESHON MURRY
                                    Defendant

*Original signed version retained in counsel's file.

# O R D E R

The above stipulation of the parties modifying certain terms of the plea agreement ECF No. 33 previously filed in this case is hereby accepted for filing.  The clerk of this court is directed to attach the document titled "Addendum to Plea Agreement" appended to this stipulation and order to the said Plea Agreement, ECF No. 33.

**IT IS SO ORDERED.**


 Dated: February 21, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Modification of Plea Agreement     -3-

1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   KESHON MURRY

7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,      )  No. 2:11-cr-103-MCE
                                   )
12                Plaintiff,       )
                                   )  ADDENDUM TO PLEA AGREEMENT (CR
13        v.                       )  33)
                                   )
14  KESHON MURRY,                  )
                                   )  Date:  February 23, 2012
15                Defendant.       )  Time:  9:00 a.m.
                                   )  Judge: Hon. Morrison C. England
16  _____)

17       The Plea Agreement previously filed in this matter CR 33, is
    hereby modified by striking the current version of paragraph VI.C and
18  replacing it with the following language, to wit:
         **C. Specific Sentence Agreement:** The parties agree pursuant to
19       Rule 11(c)(1)(C) that an appropriate sentence is 33 months"

20                          Respectfully submitted

21  Dated:  February 17, 2012        /S/ *Jill Thomas*
                                     JILL THOMAS
22                                   Assistant United States Attorney
                                     Counsel for Plaintiff
23
24
25
26
27
28
    Modification of Plea Agreement     -1-

1    Dated:  February 17, 2012          DANIEL J. BRODERICK
                                        Federal Defender
2

3                                        /S/ Jeffrey L. Staniels
4                                       JEFFREY L. STANIELS
                                        Assistant Federal Defender
5                                       Attorney for Defendant
                                        KESHON MURRY
6

7    Dated: February 17, 2012           /S/ Keshon Murry*
                                        KESHON MURRY
8                                       Defendant

9    *Original signed version retained in counsel's file.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Modification of Plea Agreement    -2-